UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  1:12-mc-20053

In re: GRHK, LLC:  The identification of
John Does 1-50 Pursuant to the Digital
Millennium Copyright Act of 1998

_____/

## APPLICATION AND DECLARATION

Pursuant to the Digital Millennium Copyright Act of 1998, 17 U.S.C. § 512(h), GRHK, LLC, respectfully requests that the Clerk for the United States District Court for the Southern District of Florida please open a file with the case style above, or in a form of the Court's preference, and issue the attached subpoenas to the following Internet Service Providers:  IP Transit Inc., eNom, Inc., and Namecheap, Inc., d/b/a Whoisguard.  GRHK further requests that the Clerk authorize the undersigned counsel to issue local subpoenas, if necessary, to those entities.  As required by 17 U.S.C. § 512(h)(2)(A), a copy of the notification sent to a service provider concerning this instance of infringement is hereto attached.

Pursuant to 17 U.S.C. § 512(h)(2)(C), I, Jason A. Fischer, attorney for GRHK, LLC, hereby swear that the purpose for which GRHK seeks the requested subpoenas is to obtain the identity of alleged copyright infringers, and that such information will only be used for the purpose of protecting GRHK's rights under the U.S. Copyright Act, i.e., Title 17 of the U.S. Code.

Executed this 5th day of January, 2012, under penalty of perjury.

_____
Jason A. Fischer
Florida Bar No. 68762