| | |
|---|---|
| From: | Jessica Kone <jessica@markbryn.com> |
| Subject: | DMCA Notification |
| Date: | January 4, 2012 1:32:08 PM EST |
| To: | "abuse@filepost.com" <abuse@filepost.com> |
| Cc: | Jason Fischer <Jason@markbryn.com> |

Dear Vadim Cujba:

My name is Jessica Kone, Esq., and our firm represents a company called Program Three, LLC (the "Company") owner and operator of DancingBear.com where the Company publishes its original works of authorship.

Currently on FilePost.com, videos (the "Infringing Content") belonging to the Company have been posted without the permission of the Company.  The Infringing Content can be found on the links included at the close of this email.

Please accept this email and my statement on behalf of the Company that I have a good faith belief that use of the copyrighted materials described above as infringing is not authorized by the copyright owner, its agent, or the law.  I swear, under penalty of perjury, that the information in the notification is accurate and that I am authorized to act on behalf of the owner of an exclusive right that is infringed. Should you require additional information please feel free to email me at Jessica@markbryn.com or to call our firm at 305.374.0501.

Please reply to me to confirm that all of the Infringing Content has been removed from FilePost.com.

Thank you for your attention to this matter and your anticipated cooperation.

Very truly yours,

/s/ Jessica Kone

Bryn & Associates, PA
One Biscayne Tower, Suite 2680
2 S Biscayne Blvd
Miami, FL 33131
305.374.0501 - Telephone
305.372.8068 - Facsimile

http://filepost.com/files/dde48377/DBea-OffPartCockMassacare.mp4.part1.rar/
http://filepost.com/files/32b43d69/DBea-OffPartCockMassacare.mp4.part2.rar/
http://filepost.com/files/e776aa46/DBea-OffPartCockMassacare.mp4.part3.rar/
http://filepost.com/files/4cm9md48/DBea-OffPartCockMassacare.mp4.part4.rar/
http://filepost.com/files/e45c573a/DanB-theBErInTheHouse.part1.rar/
http://filepost.com/files/86be5b2e/DanB-theBErInTheHouse.part2.rar/
http://filepost.com/files/2753md21/DanB-theBErInTheHouse.part3.rar/
http://filepost.com/files/6m9a2421/DanB-theBErInTheHouse.part4.rar/
http://filepost.com/files/6917dadd/DanB-AshleyBachloretteParty.part1.rar/
http://filepost.com/files/dea51cb3/DanB-AshleyBachloretteParty.part2.rar/
http://filepost.com/files/771ef34a/DanB-AshleyBachloretteParty.part3.rar/
http://filepost.com/files/b641f16e/DanB-AshleyBachloretteParty.part4.rar/
http://filepost.com/files/e78b1ff5/DanBea-LauBacherloretteDay.part1.rar/
http://filepost.com/files/4e3ae5f5/DanBea-LauBacherloretteDay.part2.rar/

http://filepost.com/files/d4a9c3bm/DanBea-LauBacherloretteDay.part3.rar/
http://filepost.com/files/6m742c3f/DanBea-LauBacherloretteDay.part4.rar/
> http://filepost.com/files/f491e6f3/DancingBear-ThereisSexintheVIPRoom1.part1.rar/
> http://filepost.com/files/af679dc5/DancingBear-ThereisSexintheVIPRoom1.part2.rar/
> http://filepost.com/files/9a87ec2c/DancingBear-ThereisSexintheVIPRoom1.part3.rar/
> http://filepost.com/files/43b51m68/DancingBear-ThereisSexintheVIPRoom2.part1.rar/
> http://filepost.com/files/8de22684/DancingBear-ThereisSexintheVIPRoom2.part2.rar/
> http://filepost.com/files/77d57512/DancingBear-ThereisSexintheVIPRoom2.part3.rar/

The information contained in this email may be privileged and/or confidential.  If you have received this email in error, please notify the sender by email reply and then delete this email and all attachments.  Thank you.