AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| In re: GRHK, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:12-mc-20053 |
| | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | Southern District of Florida ) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Keeper of Records, Namecheap, Inc. d/b/a Whoisguard
8939 S. Sepulveda Blvd.
Westchester, CA 90045

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

The information listed in Exhibit A hereto.

| Place: Miami Offices of Randazza Legal Group
2 S. Biscayne Blvd., Suite 2600
Miami, Florida 33131-1815 | Date and Time:
January 13, 2012 at 5:00 p.m. Eastern |
|---|---|

❏ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: January 5, 2012

*CLERK OF COURT*

OR

_____         _____
*Signature of Clerk or Deputy Clerk*                 *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* GRHK, LLC , who issues or requests this subpoena, are:

Jason A. Fischer (jaf@randazza.com)
2 S. Biscayne Blvd., Suite 2600, Maimi, Florida 33131-1815
T:  888-667-1113; F:  305-397-2772

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.  1:12-mc-20053

In re: GRHK, LLC:  The identification of
John Does 1-50 Pursuant to the Digital
Millennium Copyright Act of 1998

_____/

**<u>Exhibit A to Subpoena</u>**
**<u>Commanding Production by Namecheap, Inc. d/b/a Whoisguard</u>**

Items and information requested pursuant to this subpoena:

1. Any and all information in your possession pertaining to the identity of the individuals who own and operate the website located at www.filepost.com, including but not limited to:

   a. The individuals' names

   b. The individuals' addresses

   c. The individuals' email addresses

   d. Billing information for Filepost's proxy service account

   e. The physical address and phone number of Filepost's business

   f. The physical address and phone number for any Filepost employees or principals

   g. Your entire file on Filepost, commencing with Filepost's initial request to subscribe to your services, and ending with any communications it has had with you regarding this particular action

   h. Copies of any and all DMCA notices provided to you due to infringements by Filepost or its users.

2. Documents pertaining to your "repeat infringer policy," or any similar policy namely,

    a. A copy of your policy requiring termination in appropriate circumstances of subscribers and account holders of your system or network who are repeat infringers; and

    b. A list of which prior customers were terminated pursuant to this policy.